IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER COVEY | No. 07-CR-10387 (RWZ) |

## ORDER OF RELEASE

~~On~~ December Defendant is scheduled to appear at a pre-trial conference in Lawrence District Court on Friday, ~~October~~ 19. Defendant is hereby ordered RELEASED from detention, for the purpose of attending this hearing, under the conditions which follow:

1. All previous Mandatory and Standard Conditions of supervised released already set by the court.

2. The defendant shall participate in a mental health treatment program as directed by the U.S. Probation Officer. The defendant shall be required to contribute to the costs of services for such treatment based on his ability to pay or availability of third party payment.

3. The defendant is to be placed on home detention, with a curfew lasting from 8 p.m. to 6 a.m. The defendant shall submit to electronic monitoring and shall pay for the costs of the program as determined under the national contract. The defendant is responsible for returning the monitoring equipment in good condition and may be charged for replacement or repair of the equipment.

4. Defendant shall return to this Court for a detention hearing on 12/23/08 @ 10:00 A.M.

_____
SO ORDERED

12/18/08